THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAPHAEL SALINAS, Appellant. [782 NYS2d 802]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Ruchelsman, J.), rendered May 25, 2001, convicting him of criminal sale of a controlled substance in the third degree (three counts) and criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the Supreme Court failed to rule on the prosecutor's proffered explanations for challenging

three potential jurors in response to the defendant's *Batson* application (*see Batson v Kentucky*, 476 US 79 [1986]) is unpreserved for appellate review (*see People v Montalvo*, 293 AD2d 380 [2002]). In any event, the record supports the court's implicit finding that the prosecutor's reasons were not pretextual (*see People v Montalvo, supra; People v Turner*, 294 AD2d 192 [2002]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]).

The defendant's remaining contentions are unpreserved for appellate review (*see People v James*, 99 NY2d 264 [2002]; *People v Basora*, 75 NY2d 992 [1990]; *People v Manley*, 293 AD2d 628 [2002]). Florio, J.P., Luciano, Schmidt and Rivera, JJ., concur.